# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **ZETA MCBROOM** | § | **PLAINTIFF** |
| | § | |
| **V.** | § | **CAUSE NO. 1:06cv1222-LG-JMR** |
| | § | |
| **JOHN MASSENGILL** | § | **DEFENDANT** |

## JUDGMENT ON THE SECTION 1983 CLAIM

This action came on for trial on Monday, December 13, 2010, before the Court and a jury on the Section 1983 claim, with Honorable Louis Guirola, Jr., United States District Judge, presiding.  The issues have been duly tried, and the jury has heard all of the evidence and argument of counsel and received instructions of the Court, including a Verdict Form.  The jury retired to consider their verdict and returned upon their oaths, into open Court, the following verdict, to-wit:

### PART I

**Question Number One**

Do you find by a preponderance of the evidence that the Defendant intentionally committed acts constituting the use of excessive force against the Plaintiff?

Answer "Yes" or "No.": _____No_____

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Zeta McBroom shall take nothing on her Section 1983 claim, that her Section 1983 claim be dismissed on the merits, and that Defendant John Massengill shall recover costs from the Plaintiff.

**SO ORDERED AND ADJUDGED** this the 20th day of December, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE